Elizabeth V. Hayden, Respondent, v. James A. Hearn & Son, Inc., Appellant. — Judgment and orders affirmed, with costs. No opinion. Hagarty, Scudder

and Tompkins, JJ., concur; Lazansky, P. J., and Kapper, J., dissent upon the ground that there was no proof of negligence on the part of defendant.